In the Matter of SYLVESTER R. BENSON, an Attorney.— Application granted. Ordered that the petitioner, Sylvester R. Benson, be and he hereby is reinstated as an attorney and counselor at law. [See *ante*, p. 643.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of DOLGEVILLE MILK PRODUCERS CO-OPERATIVE ASSOCIATION, INC., Petitioner, for a Certiorari Order against CHARLES H. BALDWIN and Others, Constituting the Milk Control Board of the Department of Agriculture and Markets of the State of New York, Defendants.— Motion to dismiss proceeding denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

NEW YORK POWER AND LIGHT CORPORATION, Respondent, v. JOHN L. HAUSER and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

WALTER D. WAY, Respondent, v. MICHAEL AHERN, JR., Appellant. RALPH A. TORRANCE, Respondent, v. MICHAEL AHERN, JR., Appellant.— Decision (handed down May 11, 1934, *ante*, p. 895) amended so as to award costs to each of the respondents. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARDON C. RICKEY, as Receiver of the MANUFACTURERS NATIONAL BANK OF MECHANICVILLE, Substituted in Place of JOHN G. ROGERS, Respondent, v. EDWARD J. HUNT, as Commissioner of Accounts and as Assessor of the City of Mechanicville and Others, Appellants. (Proceeding No. 1). THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MANUFACTURERS NATIONAL BANK OF MECHANICVILLE, by PARDON C. RICKEY, as Receiver, Respondent, v. EDWARD J. HUNT, as Commissioner of Accounts, and as Assessor of the City of Mechanicville, and Others, Appellants. (Proceeding No. 2.)— Application for extra allowance denied. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Bliss, J., dissents.

# FOURTH DEPARTMENT, MAY, 1934.

ANNIE M. LAUNDRIE, Appellant, *v.* W. T. GRANT COMPANY, Respondent.

Judgment reversed on the law and a new trial granted, with costs .to the appellant to abide the event, on the ground that the testimony of the plaintiff as to the condition of oil upon the floor where the floor in general appeared to have been freshly oiled and in relation to pointing out the condition to the manager of the defendant, taken with all the testimony in the case, was sufficient to entitle the plaintiff to go to the jury. All concur, except Taylor, J., who dissents and votes for affirmance in the following memorandum:

TAYLOR, J. (dissenting). The plaintiff presented as her witness the man who did all the floor oiling for defendant. His testimony and all the proof presented by plaintiff show that no oil was placed upon the floor by defendant after April thirtieth and that the accident did not occur until May tenth. The record further shows that the oiling was always done with extreme care, leaving no dangerous situation. I dissent upon the authority of *Mona* v. *Erion* (223 App. Div. 526).